IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ira Montriece Jones, Jr., ) | Case No. 1:21-cr-161 |
| ) | |
| Defendant. ) | |

Presently before the court is a "motion to reconsider detention order" filed by Defendant on November 3, 2021. (Doc. No. 25). The court ordered Defendant detained following a detention hearing on September 15, 2021. (Doc. No. 20). Advising that he has secured a placement at Teen Challenge in Mandan, North Dakota, Defendant requests the court to reconsider its detention order and conditionally release him to Teen Challenge November 15, 2021, so that he can participate in Teen Challenge's treatment program.

Although it finds Defendant's stated desire for treatment admirable, the court is not presently inclined to authorize his release to Teen Challenge. Defendant's pattern of substance abuse that had not been addressed through treatment was one of several factors that the court considered when it ordered him detained. Other factors that the court considered, e.g., Defendant's extensive criminal history and history of failing to appear for court proceedings, continue to weigh heavily against release. Moreover, Defendant has not articulated how his release to Teen Challenge would mitigate the risk of flight and the danger to the community that exists in this case. Finally, the court is not persuaded that Teen Challenge can provide the amount of structure and the level of supervision that Defendant requires. Accordingly, the court finds that there have been no material changes in

Defendant's circumstances that require reconsideration of detention under 18 U.S.C. § 3142(f).

Defendant's "motion to reconsider detention order"(Doc. No. 25) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochahlter, Magistrate Judge
United States District Court